# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                                §
                                      §
MONTOYA, JOSE                         §    Case No. 10-23341 DRC
MONTOYA, MARIA                        §
                                      §
                                      §
         Debtor(s)                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/GINA B. KROL_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank Of America Home Loans 7105 Corporate Drive Plano, TX  70524-4100 |  |  |  |  |  |
|  | TCF Bank 401 East Liberty Street Ann Arbor, MI  48104 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank 11013 W Broad St Glen Allen, VA 23060 | | | | | |
| | Carson Pirie Scott PO Box 17264 Baltimore, MD  21297 | | | | | |
| | Citi Bank PO Box 688901 Des Moines, IA  50368-8901 | | | | | |
| | Enhance Recovery 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |
| | HSBC Bank PO Box 2013 Buffalo, NY  14240 | | | | | |
| | LVNV Funding LLC 5 Industrial Way Salem, NH 03079 | | | | | |
| | Merchants CR 223 W Jackson Chicago, IL  60606 | | | | | |
| | Merchants CR 223 W Jackson Chicago, IL  60606 | | | | | |

Case 10-23341    Doc 35    Filed 02/20/15    Entered 02/20/15 15:09:11    Desc Main
          Document      Page 6 of 14

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Room Place 1500 75th Street Downers Grove, IL  60516 | | | | | |
| 000011 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000002 | ASSET ACCEPTANCE LLC / ASSIGNEE / A | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000010 | ILLINOIS BELL TELEPHONE COMPANY | | | | | |
| 000007 | LVNV FUNDING LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-23341 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | MONTOYA, JOSE | | | Date Filed (f) or Converted (c): | 05/22/10 (f) |
| | MONTOYA, MARIA | | | 341(a) Meeting Date: | 07/20/10 |
| For Period Ending: | 01/26/15 | | | Claims Bar Date: | 11/16/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Freddy's Landscape | 0.00 | 7,600.00 | | 9,100.00 | FA |
| 2. Residence | 206,000.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCONTS | 4,000.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. 401(K) | 400.00 | 0.00 | | 0.00 | FA |
| 6. 1991 Altima | 500.00 | 0.00 | | 0.00 | FA |
| 7. 1998 GMC Sierra | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. 2005 Kia Sedona | 6,600.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.39 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $221,000.00 | $7,600.00 | | $9,102.39 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to file TDR
October 20, 2014, 03:54 pm
Trustee to file TFR
October 17, 2013, 02:30 pm

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 03/31/14

/s/     GINA B. KROL
_____     Date: 01/26/15

LFORM1                                                                                                                                                        Ver: 18.03b
**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-23341    DRC    Judge: Donald R. Cassling | Trustee Name:    GINA B. KROL |
| Case Name: | MONTOYA, JOSE | Date Filed (f) or Converted (c):    05/22/10 (f) |
| | MONTOYA, MARIA | 341(a) Meeting Date:    07/20/10 |
| | | Claims Bar Date:    11/16/10 |

GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-23341 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | MONTOYA, JOSE | | Bank Name: | ASSOCIATED BANK |
| | MONTOYA, MARIA | | Account Number / CD #: | *******0345 Checking Account |
| Taxpayer ID No: | *******2485 | | | |
| For Period Ending: | 01/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 8,964.02 | | 8,964.02 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.53 | 8,958.49 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.71 | 8,952.78 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.52 | 8,947.26 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.70 | 8,941.56 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.29 | 8,928.27 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 7.74 | 8,920.53 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.99 | 8,908.54 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.24 | 8,895.30 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.80 | 8,882.50 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.21 | 8,869.29 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.76 | 8,856.53 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.17 | 8,843.36 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.15 | 8,830.21 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.71 | 8,817.50 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.11 | 8,804.39 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.67 | 8,791.72 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.07 | 8,778.65 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.05 | 8,765.60 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.77 | 8,753.83 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 7.72 | 8,746.11 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.01 | 8,733.10 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.57 | 8,720.53 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.96 | 8,707.57 |

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-23341 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | MONTOYA, JOSE | | Bank Name: | ASSOCIATED BANK |
| | MONTOYA, MARIA | | Account Number / CD #: | *******0345  Checking Account |
| Taxpayer ID No: | *******2485 | | | |
| For Period Ending: | 01/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.53 | 8,695.04 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.93 | 8,682.11 |
| 09/19/14 | 030003 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee Compensation | 2100-000 | | 1,660.24 | 7,021.87 |
| 09/19/14 | 030004 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | 7100-900 | | 1,328.26 | 5,693.61 |
| 09/19/14 | 030005 | Asset Acceptance LLC / Assignee / At&t<br>Po Box 2036<br>Warren MI 48090 | Final Distribution | 7100-900 | | 65.27 | 5,628.34 |
| 09/19/14 | 030006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final Distribution | 7100-900 | | 358.06 | 5,270.28 |
| 09/19/14 | 030007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final Distribution | 7100-900 | | 1,292.90 | 3,977.38 |
| 09/19/14 | 030008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final Distribution | 7100-900 | | 275.41 | 3,701.97 |
| 09/19/14 | 030009 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final Distribution | 7100-900 | | 2,456.40 | 1,245.57 |
| 09/19/14 | 030010 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Final Distribution | 7100-900 | | 38.82 | 1,206.75 |
| 09/19/14 | 030011 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809 | Final Distribution | 7100-900 | | 461.91 | 744.84 |

FORM 2 Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD    Exhibit 9

| Case No: | 10-23341 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | MONTOYA, JOSE | | Bank Name: | ASSOCIATED BANK |
| | MONTOYA, MARIA | | Account Number / CD #: | *******0345 Checking Account |
| Taxpayer ID No: | *******2485 | | | |
| For Period Ending: | 01/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/19/14 | 030012 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Final Distribution | 7100-900 | | 201.52 | 543.32 |
| 09/19/14 | 030013 | Illinois Bell Telephone Company % AT&T Attorney: James Grudus, Esq. AT&T Inc. One AT&T Way, Room 3A218 Bedminster, NJ 07921 | Final Distribution (10-1) See Attached (10-1) Modified on 11/12/2010 to correct creditor name, FR | 7100-900 | | 49.20 | 494.12 |
| 09/19/14 | 030014 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Final Distribution (11-1) CREDIT CARD DEBT | 7100-900 | | 494.12 | 0.00 |

| Account *******0345 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 14 | Checks | 8,697.57 |
| 0 | Interest Postings | 0.00 | 23 | Adjustments Out | 266.45 |
| | Subtotal | $ 0.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | $ 8,964.02 |
| 1 | Transfers In | 8,964.02 | | | |
| | Total | $ 8,964.02 | | | |

LFORM2T4  UST Form 101-7-TDR (5/1/2011) (Page: 11)   Ver: 18.03b

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-23341 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | MONTOYA, JOSE | Bank Name: | BANK OF AMERICA, N.A. |
|  | MONTOYA, MARIA | Account Number / CD #: | *******0228  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2485 |  |  |
| For Period Ending: | 01/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 08/16/10 | 1 | Rafael Serna<br>904 Juliet St.<br>West Chicago, IL 60185 | Sales Proceeds | 1129-000 | 2,600.00 |  | 2,600.00 |
| 08/16/10 | 1 | Serna's Lansdcaping<br>904 Joliet St.<br>West Chicago, IL 60185 | Sales Proceeds | 1129-000 | 5,000.00 |  | 7,600.00 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.08 |  | 7,600.08 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.19 |  | 7,600.27 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.19 |  | 7,600.46 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.19 |  | 7,600.65 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.19 |  | 7,600.84 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.19 |  | 7,601.03 |
| 02/07/11 | 000301 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 |  | 6.45 | 7,594.58 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 |  | 7,594.64 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 |  | 7,594.70 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 |  | 7,594.76 |
| 05/12/11 | 1 | Jose Montoya | Balance due for business assets | 1129-000 | 1,500.00 |  | 9,094.76 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 |  | 9,094.83 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 |  | 9,094.90 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 |  | 9,094.97 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 |  | 9,095.05 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 |  | 9,095.12 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 |  | 9,095.20 |
| 10/31/11 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 |  | 11.59 | 9,083.61 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 |  | 9,083.68 |
| 11/30/11 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 |  | 11.20 | 9,072.48 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 |  | 9,072.55 |

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-23341 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | MONTOYA, JOSE | | Bank Name: | BANK OF AMERICA, N.A. |
| | MONTOYA, MARIA | | Account Number / CD #: | *******0228 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2485 | | | |
| For Period Ending: | 01/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.19 | 9,061.36 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,061.44 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.88 | 9,049.56 |
| 02/06/12 | 000302 | International Sureties | BOND | 2300-000 | | 8.16 | 9,041.40 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 9,041.47 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.75 | 9,030.72 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 9,030.79 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.10 | 9,019.69 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,019.77 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.46 | 9,008.31 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,008.39 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.44 | 8,996.95 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,997.02 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.69 | 8,986.33 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 8,986.41 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.79 | 8,974.62 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 8,974.69 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 10.67 | 8,964.02 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX 75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 8,964.02 | 0.00 |

FORM 2

Page: 6

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-23341 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | MONTOYA, JOSE | Bank Name: | BANK OF AMERICA, N.A. |
| | MONTOYA, MARIA | Account Number / CD #: | *******0228 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2485 | | |
| For Period Ending: | 01/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| Account *******0228 | Balance Forward | 0.00 | |
| 3 Deposits | 9,100.00 | 2 Checks | 14.61 |
| 25 Interest Postings | 2.39 | 11 Adjustments Out | 123.76 |
| | | 1 Transfers Out | 8,964.02 |
| Subtotal | $ 9,102.39 | Total | $ 9,102.39 |
| 0 Adjustments In | 0.00 | | |
| 0 Transfers In | 0.00 | | |
| Total | $ 9,102.39 | | |

| Report Totals | Balance Forward | 0.00 | |
|---|---|---|---|
| 3 Deposits | 9,100.00 | 16 Checks | 8,712.18 |
| 25 Interest Postings | 2.39 | 34 Adjustments Out | 390.21 |
| | | 1 Transfers Out | 8,964.02 |
| Subtotal | $ 9,102.39 | Total | $ 18,066.41 |
| 0 Adjustments In | 0.00 | | |
| 1 Transfers In | 8,964.02 | | |
| Total | $ 18,066.41 | Net Total Balance | $ 0.00 |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 01/26/15
GINA B. KROL

UST Form 101-7-TDR (5/1/2011) (Page: 14)

Ver: 18.03b